UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**

SEP 27 2001

CLERK

| | |
|---|---|
| KATHLEEN GARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MG OIL COMPANY, d/a/a<br>AMOCO FOOD SHOP<br><br>    Defendants. | Civ No. 00-5041<br><br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that Judgment is hereby entered in favor of the plaintiff, Kathleen Gard and against the defendant, MG Oil Company, d/b/a Amoco Food Shop in the amount of $125,000, with costs.

Dated this 27th day of September, 2001.

_____
JOSEPH HAAS
(By) DEPUTY CLERK